# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            Magistrate Case No. 16-9091

  v.
                                              **ORDER**
Malik E. Hancock

   The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

   IT IS on this 21st day of April, 2016

   ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                    _____
                                    HONORABLE ANTHONY R. MAUTONE
                                    UNITED STATES MAGISTRATE JUDGE

FA